UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

Plaintiff,

vs.

Timothy Nelson,

Defendant.

**STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE**

Court File No. 01-CV-348 (JMR/FLN)

IT IS HEREBY STIPULATED and agreed between the parties, through their respective counsel, that the Court may enter an Order permitting an extension of the dispositive motion deadline to July 1, 2002.

UNITED STATES ATTORNEY
THOMAS B. HEFFELFINGER

Dated: 4·30, 2002

By ____________________
Lonnie F. Bryan
Assistant U.S. Attorney
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600

RIDER, BENNETT, EGAN & ARUNDEL, LLP

By ____________________
Gene H. Hennig (44143)
Attorneys for Defendant
333 South Seventh Street
Suite 2000
Minneapolis, MN 55402
(612) 340-7951

Dated: 4/30, 2002

MAY
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

IT IS SO ORDERED.

BY THE COURT

Dated: 5/3, 2002

Franklin L. Noel
[redacted] Magistrate Judge