UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-0348

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY D. NELSON,<br><br>Defendant. | **STIPULATION FOR ENTRY OF JUDGMENT AND PAYMENT PLAN** |

The parties hereby stipulate and agree to settle this action on the following terms:

1) The parties agree that the Court may immediately without further notice or hearing order the entry of judgment as follows:

a. On Count I for loans executed on November 1, 1982, August 29, 1983 and December 26, 1984, which continue to accrue interest at the rate of nine (9%) per annum, the plaintiff demands judgment against the defendant in the sum of $7,753.78 principal, plus prejudgment interest to June 27, 2000 in the amount of $7,305.43, together with additional prejudgment interest to the date of judgment and post judgment interest. (Exhibits A, B, C & D).[1]

b. On Count II for loans executed on February 22 and March 31, 1983, which continue to accrue interest at five (5%) percent per annum, the plaintiff demands judgment against the defendant in the sum of $1,336.10

[1] Exhibits A through and including I are attached to and incorporated into the complaint.

AUG 06 2002
CLERK

principal, plus prejudgment interest to June 27, 2000 in the amount of $279.60, together with additional prejudgment interest to the date of judgment and post judgment interest. (Exhibits E & F)

c. On Count III for a loan executed on November 13, 1985, which continues to accrue interest at nine percent (9%) per annum, the plaintiff demands judgment against the defendant in the sum of $2,745.91 principal, plus prejudgment interest to June 27, 2000 in the amount of $1,861.64, together with additional prejudgment interest to the date of judgment and post judgment interest. (Exhibits G & H).

d. On Count IV for a loan executed on April 15, 1986, which continues to accrue interest at nine percent (9%) per annum, the plaintiff demands judgment against the defendant in the sum of $2,745.91 principal, plus prejudgment interest to June 27, 2000 in the amount of $2,575.83, together with additional prejudgment interest to the date of judgment and post judgment interest. (Exhibits I & J)

2) Defendant will repay the judgment debt described in paragraph one above by paying to plaintiff $150.00 by the 15th day of each month, beginning September 15, 2002, and continuing every month thereafter until the judgment debt plus accruing post-judgment interest is paid in full.

3) Each payment by defendant will be by [redacted] check [redacted] made payable to the "Department of Justice." Each

payment will be mailed to the Financial Litigation Unit, United States Attorney's Office, 600 United States Courthouse, 300 South Fourth Street, Minneapolis, MN 55415. Besides the regular monthly (quarterly) payment, we will submit your debt to Treasury for inclusion in the Treasury Offset Program. Under this program, any federal payment you would normally receive may be offset and applied to this debt.

4) Plaintiff will refrain from active efforts to enforce this judgment as long as defendant makes payments according to the terms set forth in paragraphs two and three above. If the defendant fails to make any payment when due or in the amount due, plaintiff will be entitled to enforce the judgment by all legal means.

5) Defendant has read and understands the provisions of this agreement and that this document constitutes the entire agreement between the parties regarding settlement.

Dated: 4-29-02

Lonnie F. Bryan
600 United States Courthouse
300 South Fourth Street
Minneapolis, Minnesota 55415
Attorneys for the Plaintiff

Dated: 7/14/02

Defendant

ORDER

Let Judgment Be Entered Accordingly.

Dated: August 5, 2002

United States District Court